**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CODY LEAVITT, ) | |
|    Petitioner, ) | |
| vs. ) | 2:12-cv-625-MMD-RJJ |
| DWIGHT NEVEN, et al., ) | **ORDER** |
|    Respondents. ) | |

On July 10, 2012, the court entered an order provisionally appointing the office of the Federal Public Defender as counsel to represent the petitioner. On August 6, 2012, the office of the Federal Public Defender filed a "Notice of Conflict" (dkt. no. 30).  Appointment of new counsel is required.

THEREFORE, IT IS HEREBY ORDERED that Todd M. Leventhal, Esq. is appointed as counsel to represent petitioner Cody Leavitt.

Dated this 9th day of August, 2012.

Nunc Pro Tunc Date:  August 9, 2012.

_____
MIRANDA M. DU
United States District Judge