UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CODY LEAVITT,

                Petitioner,

    v.

DWIGHT NEVEN, et al.,

                Respondents.

Case No. 2:12-cv-00625-MMD-NJK

ORDER

This action involves a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests a second enlargement of time to file his amended petition, seeking another ninety (90) days (dkt. no. 38). The motion is unopposed.

Good cause appearing, the Motion for Extension of Time (dkt. no. 38) is GRANTED. The amended petition is due no later than May 20, 2013. No additional enlargements of time for this purpose will be granted absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

DATED THIS 11th day of February 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE