1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7                    DISTRICT OF NEVADA

8                           * * *

9    CODY LEAVITT,                    Case No. 2:12-cv-00625-MMD-NJK

10                    Petitioner,
                                                ORDER
11        v.

12   DWIGHT NEVEN, et al.,

13                    Respondents.

14

15          This action involves a petition for writ of habeas corpus pursuant to 28 U.S.C. §

16   2254. Petitioner requests a second enlargement of time to file his amended petition,

17   seeking another ninety (90) days (dkt. no. 38).  The motion is unopposed.

18          Good cause appearing, the Motion for Extension of Time (dkt. no. 38) is

19   GRANTED.  The amended petition is due no later than May 20, 2013.  No additional

20   enlargements of time for this purpose will be granted absent a showing of extraordinary

21   circumstances.

22          IT IS SO ORDERED.

23

24          DATED THIS 11th day of February 2013.

25

26          _____

27          MIRANDA M. DU
            UNITED STATES DISTRICT JUDGE

28