UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CODY LEAVITT,

    Petitioner,

v.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:12-cv-00625-MMD-NJK

ORDER

This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's counsel filed a Motion to Withdraw as Counsel (dkt. no. 40), citing a scheduling conflict with a 4-6 weeks trial as the sole reason.[1] Following a hearing, the Court denied the motion and extended the time for filing the amended petition. (Dkt no. 43.)

Petitioner, acting in *pro se*, has filed an objection to the order denying withdrawal, suggesting that the motion to withdraw created a conflict of interest where counsel has not communicated properly or effectively with petitioner (dkt. no. 44). He has also filed a motion to correct clerical error and to rehear his request for bail pending appeal (dkt. no. 45). Respondents oppose his motions (dkt no. 46).

---

[1] Petitioner also has a second action proceeding on a petition for writ of habeas corpus in which the same counsel has been appointed and in which a similar motion has been filed. *See* 2:12-cv-00987-JCM-CWH.

The Court denies petitioner's objection for two reasons.  First, Local Rule IA 10-6(A) prohibits a party who has appeared through counsel from acting in the case. Petitioner thus cannot undertake to represent himself by filing his objection pro se.

Second and equally important is that petitioner's objection fails to raise any good cause for the Court to reconsider its decision.

IT IS THEREFORE ORDERED that petitioner's Motions for Reconsideration and Rehearing (dkt. nos. 44 and 45) are DENIED.

IT IS FURTHER ORDERED that the Clerk shall not accept for filing any further *pro se* documents from petitioner except a motion to withdraw counsel filed on his own behalf, as discussed at the hearing of March 25, 2013.

DATED THIS 24th day of June 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2