UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CODY LEAVITT,<br><br>　　　　　Petitioner,<br><br>v.<br><br>NEVEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:12-cv-00625-MMD-NJK<br><br>ORDER |

　　　　This is an action on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The action was stayed temporarily and an amended petition was ordered to be filed at the end of the time for stay. The amended petition was filed on September 27, 2013. Therefore, the matter shall be reopened and a deadline set for a response to the amended petition.

　　　　It is therefore ordered that the Clerk will reopen this action.

　　　　It is further ordered that respondents shall file their Answer or other response to the amended petition within forty-five (45) days of entry of this Order. Thereafter, if an Answer is filed, petitioner will have forty-five (45) days to file his reply. The briefing on any other response shall follow the schedule ascribed to motions by the rules of procedure for this Court.

　　　　DATED THIS 9th day of October 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE