UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CODY LEAVITT,

                Petitioner,

   v.

NEVEN, et al.,

                Respondents.

Case No. 2:12-cv-00625-MMD-NJK

ORDER

     This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for an extension of time in which to respond to the pending motion to dismiss the petition. (Dkt. no. 58.) Having reviewed the motion and good cause appearing, petitioner's motion is granted.

     It is therefore ordered that petitioner's motion for an extension of time to file a response to the pending motion to dismiss (dkt. no. 58) is granted. Petitioner's response to the motion to dismiss shall be filed within thirty (30) days from the date of entry of this order.

     DATED THIS 16th day of December 2013.

                                                        

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE