# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CODY LEAVITT,<br><br>   Petitioner,<br><br> v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>   Respondents. | Case No. 2:12-cv-00625-MMD-NJK<br><br>ORDER |

  Good cause appearing, respondents' motion for enlargement of time (ECF No. 122) is granted. Respondents will have up to and including April 30, 2018, within which to file an answer or otherwise respond to the petition in this case.

  It is so ordered.

DATED THIS 1st day of March 2018.

                 _____
                 MIRANDA M. DU
                 UNITED STATES DISTRICT JUDGE