# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| CODY LEAVITT,<br><br>          Petitioner,<br>  v.<br>DWIGHT NEVEN, *et al.*,<br><br>          Respondents. | Case No. 2:12-cv-00625-MMD-NJK<br><br>ORDER |

This *pro se* habeas matter comes before the Court on Petitioner's "Emergency/Urgent Motion for Exemption of the PACER User Fee" ("Motion") (ECF No. 128.) Petitioner seeks a court order exempting him from payment of the PACER user fee. Liberally construing the Motion, Petitioner also appears to be asking the Court for leave to register as an e-filer. Because both requests require a PACER account, a PACER account requires a credit card, and Petitioner has represented that he has no credit card (and therefore cannot create a PACER account), the Court cannot grant what Petitioner requests.

It is therefore ordered that Petitioner's Motion (ECF No. 128) is denied without prejudice.

///
///
///
///
///

It is further ordered that the Clerk of Court send Petitioner a copy of the docket sheet in this action, given that Petitioner's Motion suggests Petitioner is concerned that he does not know what is pending before the Court and what action needs to be taken.[1]

DATED THIS 23rd day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to LR IC 1-1(i)(1), Petitioner may also view the documents filed in his case for free by coming to the U.S. District Court Clerk's Office in Reno or Las Vegas at any time during regular business hours. However, the Court recognizes that this option is in all likelihood unhelpful to Petitioner, who resides in New York.