UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CODY LEAVITT,<br><br>Petitioner,<br>v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>Respondents. | Case No. 2:12-cv-00625-MMD-NJK<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 129) is granted in part. Respondents will have until June 6, 2018, to file a reply to Petitioner's opposition to their motion to dismiss, an opposition to Petitioner's motion for discovery and evidentiary hearing, and an opposition to Petitioner's motion to file *Martinez* motion. Respondents' request for an extension of time to oppose Petitioner's motion for exemption of the PACER user fee is denied as moot.

DATED THIS 24th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE