# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CODY LEAVITT,<br><br>　　　　　　Petitioner,<br>　v.<br>DWIGHT NEVEN, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:12-cv-00625-MMD-NJK<br><br>ORDER |

Respondents' second motion for enlargement of time (ECF No. 135) is granted. Respondents will have until July 6, 2018, to file a reply to Petitioner's opposition to their motion to dismiss, an opposition to Petitioner's motion for discovery and evidentiary hearing, and an opposition to Petitioner's motion for joinder.

DATED THIS 7th day of June 2018.

---
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE