# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CODY LEAVITT,<br><br>　　　　　Petitioner,<br>　v.<br>DWIGHT NEVEN, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:12-cv-00625-MMD-NJK<br><br>ORDER |

On March 15, 2019, the Court appointed Linnéa M. Johnson, Esq., to represent Petitioner. LR IA 11-2 requires attorneys who are not admitted to practice in Nevada, like Ms. Johnson, to file a verified petition for permission to appear *pro hac vice* in any given case and to pay a $250 fee. However, given that no local counsel was available to accept the Court's appointment in this case and Ms. Johnson is a member of the CJA panel in the Eastern District of California, the Court concludes it is in the interests of justice and judicial economy to waive—in this case—the requirements of LR IA 11-2 and payment of the $250 admission fee.

It is therefore ordered that the requirements of LR IA 11-2 and the $250 admission fee are hereby waived, and Ms. Johnson is authorized to appear *pro hac vice* on behalf of Petitioner in this case.

DATED THIS 22nd day of March 2019.

　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE