UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CODY LEAVITT, | Case No. 2:12-cv-00625-MMD-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Respondents' unopposed motion for enlargement of time (ECF No. 148) is granted. Respondents will have until July 15, 2019, to file an answer to the Petition in this case.

DATED THIS 2nd day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE