UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CODY LEAVITT,<br><br>      Petitioner,<br>v.<br>DWIGHT NEVEN, *et al.*,<br><br>      Respondents. | Case No. 2:12-cv-00625-MMD-NJK<br><br>ORDER |

This matter is before the Court on Petitioner Cody Leavitt's Notice of Name Change (ECF No. 150).

"It is well established that district courts have inherent power to control their docket," including the power to strike improperly filed items from the docket. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010). Petitioner filed the notice *pro se* in violation of LR IA 11-6. The Local Rules of Practice state, in pertinent part:

> A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney….

LR IA 11-6(a). This rule further states that an "attorney who has appeared for a party must be recognized by the court and all the parties as having control of the client's case." *Id.* Because counsel has been appointed to represent Petitioner, he may not file documents with the Court.

The Clerk of Court is therefore ordered to strike Petitioner Cody Leavitt's Notice of Name Change (ECF No. 150) from the Court's docket.

DATED THIS 11th day of July 2019.

                        _____
                        MIRANDA M. DU
                        UNITED STATES DISTRICT JUDGE