# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

CODY LEAVITT,

Petitioner,

v.

DWIGHT NEVEN, *et al.*,

Respondents.

Case No. 2:12-cv-00625-MMD-NJK

ORDER

Respondents' second unopposed motion for enlargement of time (ECF No. 152) is granted. Respondents will have until July 29, 2019, to file their answer to the amended petition for writ of habeas corpus in this case.

DATED THIS 15th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE