UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KFIR SHLOMO HIRSCH, formerly known as CODY LEAVITT,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>Respondents. | Case No. 2:12-cv-00625-MMD-NJK<br><br>ORDER |

Respondents' third motion for enlargement of time (ECF No. 155) is granted. Respondents will have until August 5, 2019, to file an answer to the petition in this case.

It is further ordered that, in accordance with Petitioner's notice of name change (ECF No. 154), the caption will be updated to reflect Petitioner's legal name change. All future documents filed in this case must reflect Petitioner's legal name change. The Clerk of Court is also directed to change the docket sheet to reflect Petitioner's legal name change. The docket should identify Petitioner as "Kfir Shlomo Hirsch, formerly known as Cody Leavitt."

DATED THIS 31st day of July 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE