UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KFIR SHLOMO HIRSCH, formerly known as CODY LEAVITT,

Petitioner,

v.

DWIGHT NEVEN, *et al.*,

Respondents.

Case No. 2:12-cv-00625-MMD-NJK

ORDER

The parties' joint motion for clarification (ECF No. 158) is granted. In its order of March 15, 2019, the Court inadvertently omitted mention of the option, offered in its order on the motion to dismiss, for Respondents to file a renewed motion to dismiss before filing an answer to the Petition. The Court clarifies that it intended for this to remain an option, and therefore Respondents' motion to dismiss filed on August 5, 2019, is considered appropriately filed.

Accordingly, it is ordered that the motion for clarification (ECF No. 158) is granted.

It is further ordered that Petitioner will have 30 days from the filing of the renewed motion to dismiss to file a response, and Respondents will have 30 days to file a reply.

It is further ordered that the Court will establish deadlines for the filing of the answer and reply following its decision on the motion to dismiss.

It is further ordered that any motions for discovery, evidentiary hearing, or other appropriate relief must be filed either at the time of Petitioner's reply to the answer or at the time of his response to the motion to dismiss. Respondents will have 30 days from the filing of any such motions to file a response, and Petitioner will have 15 days from any response to file a reply.

DATED THIS 7th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE