# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KFIR SHLOMO HIRSCH formerly known as CODY LEAVITT, | Case No. 2:12-cv-00625-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Petitioner's Unopposed Motion for Enlargement of Time (ECF No. 160) is granted. Petitioner will have until October 3, 2019, to oppose Respondents' Renewed Motion to Dismiss (ECF No. 157).

DATED THIS 26th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE