UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KFIR SHLOMO HIRSCH, *formerly known* as CODY LEAVITT, | Case No. 2:12-cv-00625-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Respondents. | |

Petitioner's Second Unopposed Motion for Enlargement of Time (ECF No. 162) is granted. Petitioner will have until November 4, 2019, to oppose Respondents' Renewed Motion to Dismiss (ECF No. 157).

DATED THIS 2nd day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE