UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KFIR SHLOMO HIRSCH formerly known as CODY LEAVITT, <br><br> Petitioner, <br> v. <br> DWIGHT NEVEN, *et al.*, <br><br> Respondents. | Case No. 2:12-cv-00625-MMD-NJK <br><br> ORDER |

The Court finds that there is good cause to grant Respondents' Motion for Enlargement of Time (ECF No. 166). Respondents have until January 3, 2020, to file a reply in support of the Renewed Motion to Dismiss (ECF No. 157).

DATED THIS 5th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE