UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KFIR SHLOMO HIRSCH *formerly known as* CODY LEAVITT,<br><br>Petitioner,<br><br>v.<br><br>DWIGHT NEVEN, *et al.*,<br><br>Respondents. | Case No. 2:12-cv-00625-MMD-NJK<br><br>ORDER |

For good cause, the Court will grant Respondents' third Motion for Enlargement of Time (ECF No. 170). Respondents have until January 13, 2020, to file a reply in support of the Renewed Motion to Dismiss (ECF No. 157).

DATED THIS 14th day of January 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE